

# NUMBER 13-19-00604-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

IRMA GARCIA ELIZONDO,                                                    Appellant,

v.

SHERLOCK REAL ESTATE, LLC,                                              Appellee.

### On appeal from the County Court at Law No. 5 of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Longoria and Perkes
### Memorandum Opinion by Chief Justice Contreras

Appellant, Irma Garcia Elizondo, perfected an appeal from a judgment entered by the County Court at Law No. 5 of Hidalgo County, Texas, in cause number CL-19-4180-E. This cause is before the Court on appellant's unopposed motion to dismiss for mootness because there is no longer an issue in controversy. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

DORI CONTRERAS
Chief Justice

Delivered and filed the
12th day of December, 2019.